2022R00956/CDA/BL

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Robert Kirsch |
| | : | |
| v. | : | Crim. No. 23-CR-550 |
| | : | |
| OMAR ALKATTOUL | : | 18 U.S.C. § 875(c) |

## I N F O R M A T I O N

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

On or about November 1, 2022, in the District of New Jersey and elsewhere, defendant

## OMAR ALKATTOUL

knowingly transmitted in interstate and foreign commerce communications containing a threat to injure the persons of another.

In violation of Title 18, United States Code, Section 875(c).


*Philip R. Sellinger*
PHILIP R. SELLINGER
United States Attorney

RECEIVED
JUL 1 2 2023
CLERK, U.S. DISTRICT COURT - DNJ

CASE NUMBER: _____

## United States District Court
## District of New Jersey

### UNITED STATES OF AMERICA

v.

### OMAR ALKATTOUL

# INFORMATION FOR

## 18 U.S.C. § 875(c)

PHILIP R. SELLINGER
UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

CHRISTOPHER D. AMORE
BENJAMIN LEVIN
ASSISTANT U.S. ATTORNEYS
NEWARK, NEW JERSEY
973-645-2757