UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Robert Kirsch |
| v. | : Crim. No. 23- CR-550 |
| OMAR ALKATTOUL | : **WAIVER OF INDICTMENT** |

      I, Omar Alkattoul, the above-named defendant, who is charged with transmitting in interstate and foreign commerce communications containing a threat to injure the persons of another, in violation of 18 U.S.C. § 875(c), being advised of the charge, the proposed Information, and my rights, hereby waive in open court on July 12, 2023, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Omar Alkattoul
Defendant

_____
Timothy Donahue, Esq.
Counsel for Defendant

Before: _____
HONORABLE ROBERT KIRSCH
United States District Judge