UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

**OFFICE:** Camden  **DATE OF PROCEEDING:** 11/14/23
**JUDGE CHRISTINE P. O'HEARN**

**COURT REPORTER:** Camille Pedano  **DOCKET NO.** 23-cr-550 (CPO)

**TITLE OF CASE:**

UNITED STATES OF AMERICA

v.

OMAR ALKATTOUL

**APPEARANCES:**
Christopher Amore, AUSA for Government
Benjamin Levin, AUSA for Government
Timothy Donahue, AFPD for Defendant *(Defendant Present)*
Rahul Sharmna, AFPD for Defendant
Evan Austin, AFPD for Defendant
Danielle Vargas, U.S. Probation

**NATURE OF PROCEEDINGS:**    SENTENCE
On a one count Information

**SENTENCE:** Imprisonment for a term of 15 months.
**SUPERVISED RELEASE:** For a term of 3 years with special conditions.
**SPECIAL ASSESSMENT:** $100.00
**FINE:** Waived

Defendant advised of his right to appeal.
Defendant remanded to the custody of the U.S. Marshal Service.

Time Commenced:    10:20am
Time Adjourned:    11:25am
**Total Time:**    **1 Hour and 5 Minutes**

*/s/ Haley E. Minix*
DEPUTY CLERK