PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Omar Alkattoul         Cr.: 23-00550-001
                                                              PACTS #: 8210741

Name of Sentencing Judicial Officer:    THE HONORABLE CHRISTINE P. O'HEARN
                                         UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/14/2023

Original Offense:    Count One: Interstate Threats

Original Sentence: 15 months imprisonment, 3 years supervised release

Special Conditions: $100 Special Assessment, Computer Monitoring Software, Computer Search, Computer Search Warning to Others, Computer Search for Monitoring Software, Search/Seizure, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment, Polygraph Examination, Schindler's List Written Report

Type of Supervision: Supervised Release            Date Supervision Commenced: 12/05/2023

## STATUS UPDATE

Mr. Alkattoul recently provided a written report summarizing the movie *Schindler's List* to the Court as a part of his special condition of supervised release. The United States Attorney's Office, as well as the FBI case agent, has requested to read Mr. Alkattoul's letter.

U.S. Probation Officer Action:

The United States Probation Office does not take a position regarding the matter and will defer to the Court to make its decision.

                                            Respectfully submitted,

                                            SUSAN M. SMALLEY, Chief
                                            U.S. Probation Officer

                                            By:   MARQWUESE BAYNE
                                                  Senior U.S. Probation Officer

/ mb

APPROVED:

Prob 12A – page 2
Omar Alkattoul

_[signature]_                          02/21/2024
SUZANNE GOLDA-MARTINEZ              Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐  Release of client's written letter to United States Attorney's Office and FBI case agent.

☒  Denial of release of client's written letter to United States Attorney's Office and FBI case agent

☐  Other _____

_[signature: Christine A. O'Hearn]_
Signature of Judicial Officer

2/26/24
Date

The Court has reviewed the letter submitted by the Defendant and determined that the Defendant has substantially complied with the Court's Order and, thus, the letter is not material nor evidentiary to any pending issues. Such denial is without prejudice to the Government's right to file an appropriate motion seeking the release of such document properly supported by a legal brief and any relevant case law requiring such disclosure.